# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 17, 2014

## NO. 03-12-00801-CV

**Robertson County:  Our Land, Our Lives (RCOLOL); and Roy Henrichson, Appellants**

**v.**

**Texas Commission on Environmental Quality and
Oak Grove Management Company, LLC, Appellees**

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on October 23, 2012.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment.  We therefore order that the motion for rehearing filed by Robertson County:  Our Land, Our Lives (RCOLOL); and Roy Henrichson is denied; that the opinion and judgment dated June 6, 2014, are withdrawn; and that the district court's judgment is affirmed.  The appellants shall pay all costs relating to this appeal, both in this Court and the court below.